**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ANA MARIA VAZQUEZ, *et al.*, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-11-1663 |
| JPMORGAN CHASE BANK, N.A., | § § | |
| Defendant. | § § | |

**ORDER**

This case is set for an initial pretrial conference on September 30, 2011. The court will hear the motion to dismiss at the initial pretrial conference. In addition, counsel for both parties should be prepared to address, with specificity, the history and current status of the mortgage loan that is the subject of the case, including the dates and amounts of the most recent payments made by the plaintiffs and the amount of the accumulated arrearage.

SIGNED on September 19, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge